RECEIVED
IN LAKE CHARLES, LA.
JUL 16 2015
TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CLIFTON D. SMITH, | * | CIVIL ACTION NO. 2:13-cv-2720 |
| Petitioner, | * | |
| v. | * | JUDGE MINALDI |
| HOWARD PRINCE, | * | |
| Respondent. | * | MAGISTRATE JUDGE KAY |

****************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 11] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's petition [Doc. 1] be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this 8 day of July, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE